No. 223. GROVER E. CLEMMINGS *v.* UNITED STATES. Error to the District Court of the United States for the District of Minnesota. Motion to transfer submitted December 10, 1923. Decided January 7, 1924. *Per Curiam.* Cause transferred to the Circuit Court of Appeals for the Eighth Circuit, upon authority of Act of September 14, 1922, c. 305, 42 Stat. 827; *Heitler v. United States,* 260 U. S. 438, 439. *Mr. Ernest Lundeen* for plaintiff in error. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Crim* for the United States.

---

No. 203. ANGEL FIGUEROA *v.* UNITED STATES. On petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss submitted December 10, 1923. Decided January 7, 1924. Motion to dismiss petition for a writ of certiorari herein under Rule 37 granted; and petition dismissed. *Mr. Solicitor General Beck,* for the United States, in support of the motion. *Mr. C. B. Hudspeth* and *Mr. Leander A. Dale* for petitioner.